United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 24-30253-maw
Matthew Schindler  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3     User: sheym     Page 1 of 2
Date Rcvd: Feb 28, 2024     Form ID: pdf912     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Schindler, 8985 County Road C, Bryan, OH 43506-9530 |
| 27742267 | + | Freedom Road Financial, Attn: Bankruptcy, 10509 Professional Circle, Ste. 100, Reno, NV 89521-4883 |
| 27742268 | + | GenFed Financial, 121 South Union Street, Bryan, OH 43506-1300 |
| 27742275 | + | Premier Bank, 601 Clinton Street, Defiance, OH 43512-2636 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Feb 28 2024 21:08:50 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 27742263 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2024 21:07:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 27742264 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2024 21:07:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 27742265 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2024 21:16:03 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 27742266 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Feb 28 2024 21:09:00 | Fifth Third Bank, Attn: Bankruptcy, 1830 E. Paris Avenue SE, Grand Rapids, MI 49546-8803 |
| 27742269 | + | Email/Text: bankruptcy.notices@hdfsi.com | Feb 28 2024 21:09:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 27742271 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2024 21:08:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 27742272 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 28 2024 21:09:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 27742273 | | Email/Text: Bankruptcy.notices@tax.state.oh.us | Feb 28 2024 21:10:00 | Ohio Department of Taxation, Attn: Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530 |
| 27742274 | + | Email/Text: collectionslegal@parknationalbank.com | Feb 28 2024 21:09:00 | Park National Bank, Attn: Bankruptcy, 50 N. Third Street PO Box 3500, Newark, OH 43058-3500 |
| 27742276 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 28 2024 21:15:38 | Synchrony Bank/KTM, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 27742277 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 28 2024 21:07:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Drive Ste. 599, Saint Charles, MO 63304-2225 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27742270 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com toledo13@ecf.epiqsystems.com |
| Jann C Washington | on behalf of Debtor Matthew Schindler Jann@cozmyklaw.com lsekanic@cozmyklaw.com;22262@notices.nextchapterbk.com |

TOTAL: 2

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



**Dated: February 28 2024**

Mary Ann Whipple
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## TOLEDO DIVISION

| | |
|---|---|
| IN RE: | Case No. 24-30253<br>Chapter 13 |
| **MATTHEW SCHINDLER** | Judge: Mary Ann Whipple |
| Debtors | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE BALANCE OF SCHEDULES** |

Upon Motion of the Debtor, and for good cause shown, Debtor is granted an additional fourteen (14) days through March 13, 2024 to file his Schedules and other required documents in this Chapter 13 Case.

IT IS SO ORDERED.

# # #

/s/ *Jann C. Washington*
Jann C. Washington (0087239)
Cozmyk Law Offices
6100 Oak Tree Blvd. Ste. 200
Independence, OH 44131
(440) 552-5492   F: (440) 571-0522
Jann@cozmyklaw.com
Attorney for Debtors

# CERTIFICATE OF SERVICE

A copy of ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE BALANCE OF SCHEDULES & PLAN was served electronically upon the following:

**UNITED STATES TRUSTEE** at Registered address@usdoj.gov
**Elizabeth Vaughan,** Chapter 13 Trustee, at Chap13toledo@chapter13toledo.com
**Jann C. Washington, Esq.**, attorney for Debtor, at Jwashington@cozmyklaw.com

And by regular U.S. Mail upon:

**Matthew Schindler**
8985 County Rd. C
Bryan, OH 43506